IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30636
Summary Calendar
_____


DON TRUEBLOOD,

                                    Plaintiff-Appellant,

                        versus

UNITED STATES INTERNAL REVENUE SERVICE;
THOMAS GRACE, Individually and in his
official capacity as an employee/agent of
the USA/IRS; UNITED STATES OF AMERICA,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court for
the Western District of Louisiana
(CV-94-2315)
_____
December 15, 1995

Before REAVLEY, DUHÉ AND WIENER, Circuit Judges.

PER CURIAM:*

        Don Trueblood appeals from the district court's dismissal of

his complaint pursuant to the Anti-Injunction Act, 26 U.S.C.

§ 7421(a).  He argues that the district court should have

construed his claim under the Administrative Procedure Act,

5 U.S.C. §§ 701-706; applied a judicially-created exception to

_____

        *Local rule 47.5 provides:  "The publication of opinions
that have no precedential value and merely decide particular
cases on the basis of well-settled principles of law imposes
needless expense on the public and burdens on the legal
profession."  Pursuant to that Rule, the Court has determined
that this opinion should not be published.

the Anti-Injunction Act; determined that the complaint was subject to a statutory exemption under 26 U.S.C. § 6213; and construed portions of his complaint as alleging civil rights claims.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm for essentially the reasons given by the district court.  <u>Trueblood v. United States</u>, No. CV-94-2315 (W.D. La. May 26, 1995).

AFFIRMED.